**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **1−08−45033−jf**

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/1/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward Rodney Martin<br>115−27 128th Street<br>South Ozone Park, NY 11420 | Lisa Maricela Martin<br>115−27 128th Street<br>South Ozone Park, NY 11420 |
| Case Number:<br>1−08−45033−jf | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx−xx−9875<br>xxx−xx−2283 |
| Attorney for Debtor(s) (name and address):<br>Sean C Serpe<br>Pelton Serpe LLP<br>111 Broadway<br>Floor 9<br>New York, NY 10006<br>Telephone number: (212) 725−3600 | Bankruptcy Trustee (name and address):<br>Lori Lapin Jones<br>Lori Lapin Jones PLLC<br>98 Cutter Mill Road<br>Suite 201 North<br>Great Neck, NY 11021<br>Telephone number: (516) 466−4110 |

## Meeting of Creditors

Date: **September 5, 2008**      Time: **02:00 PM**

Location: **Office of the United States Trustee, 271 Cadman Plaza East, Room 2681 − 2nd Floor, Brooklyn, NY 11201**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/4/08**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>271 Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201−1800<br>Telephone number: (347)394−1700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 8/4/08 |

## EXPLANATIONS                                                              B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) within 45 days after the first date set for the section 341 meeting. If the Personal Financial Management Course Certificate is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |

Case 1-08-45033-jf    Doc 6    Filed 08/06/08    Entered 08/07/08 01:34:08

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0207-1          User: acruz                Page 1 of 2              Date Rcvd: Aug 04, 2008
Case: 08-45033                Form ID: 213               Total Served: 64


The following entities were served by first class mail on Aug 06, 2008.
db           +Edward Rodney Martin,    115-27 128th Street,    South Ozone Park, NY 11420-2623
jdb          +Lisa Maricela Martin,    115-27 128th Street,    South Ozone Park, NY 11420-2623
aty          +Sean C Serpe,   Pelton Serpe LLP,    111 Broadway,    Floor 9,   New York, NY 10006-1901
tr           +Lori Lapin Jones,    Lori Lapin Jones PLLC,    98 Cutter Mill Road,    Suite 201 North,
               Great Neck, NY 11021-3010
smg          +Diana Adams,    Office of the United States Trustee,    271 Cadman Plaza East,
               Brooklyn, NY 11201-1820
smg          +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,   Albany, NY 12205-0300
smg          +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
5856097      +Assoc. Rec. Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
5856099      +Bank One/Chase,    P.O. Box 24603,    Columbus, OH 43224-0603
5856100      +C-Tech Colls.,    P.O. Box 402,    Mount Sinai, NY 11766-0402
5856101      +Cb Of The Hudson Valle,    155 N. Plank Rd.,    Newburgh, NY 12550-1747
5856102      +Chevy Chase Bank Fsb,    7501 Wisconsin Ave. East,    Bethesda, MD 20814-6519
5856103      +Child Support Enforcem.,    P.O. Box 14,    Albany, NY 12201-0014
5856104      +Childrens Place,    Attn.:   Centralized Bankruptcy,    P.O. Box 20507,
               Kansas City, MO 64195-0507
5856105      +Citbk/Avenue,    245 Old Country Rd.,    Melville, NY 11747-2726
5856106      +Columbia Equities Ltd.,    1075 Central Park,    Scarsdale, NY 10583-3242
5856107      +Commerce Bank,    1203 Tilton Road,    Northfield, NJ 08225-1808
5856108      +Community State Bank,    Attn: Bankruptcy Clerk,    P.O. Box 3910,    Tupelo, MS 38803-3910
5856109      +Coop. Buss. Assist.,    328 Market Street,    Camden, NJ 08102-1524
5856110      +County of Loudon, VA,    P.O. Box 347,    Leesburg, VA 20178-0347
5856111      +Ctech Coll.,    5505 Nesconset Hwy.,    Mount Sinai, NY 11766-2037
5856116      +DSNB Macys,    Attn: Bankruptcy,    6356 Corley Rd.,    Norcross, GA 30071-1704
5856112      +Diamond Resorts FS,    3865 W Cheyenne Ave.,    North Las Vegas, NV 89032-3498
5856115      +Dr. Bernard Lewin,    87-91 193rd Street,    Hollis, NY 11423-1440
5856118      +Flush. Sav. Bank,    1 Corporate Dr.,    Suite 200,    Lake Zurich, IL 60047-8945
5856119      +Frank. Coll. Ser. Inc.,    2978 West Jackson Street,    P.O. Box 3910,    Tupelo, MS 38803-3910
5856120      +GEMB/PC Richard,    P.O. Box 981439,    El Paso, TX 79998-1439
5856122      +GNC,    300 Sixth Ave.,    Pittsburgh, PA 15222-2528
5856121       Gendal-Kunsitz OBS-GYN,    833 Northern Blvd.,    Suite 100,    Brooklyn, NY 11201
5856123      +I C System Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
5856124      +Integ. Medical. Prof.,    550 W. Old County Road,    Rd # 203,    Hicksville, NY 11801-4116
5856126      +Intl. House of Pan. Corp.,    450 N. Brand Blvd.,    Glendale, CA 91203-2347
5856128      +Lane Bryant Retail/SOA,    450 Winks Lane,    Bensalem, PA 19020-5919
5856131      +NJ Economic Devel. Auth.,    P.O. Box 990,    Trenton, NJ 08625-0990
5856132      +NYST High Ed.,    99 Washington Avenue,    Albany, NY 12255-0001
5856129      +New York Dept. of Taxatio,    P.O. Box 4127,    Binghamton, NY 13902-4127
5856130      +Nextcard Inc.,    P.O. Box 60610,    Phoenix, AZ 85082-0610
5856133      +Portfolio Recoveries,    Attention:   Bank. Dep.,    P.O. Box 12914,    Norfolk, VA 23541-0914
5856134      +Prof. Claims Bur., Inc.,    P.O. Box 9060,    Hicksville, NY 11802-9060
5856135      +Prot. Rec. Serv. Inc.,    509 Mercer Ave.,    Panama City, FL 32401-2631
5856136      +Quest Diag.,    3 Giralda Farms,    Madison, NJ 07940-1027
5856137      +S C Electric & Gas,    I-26,    Columbia, SC 29218-0001
5856139      +Sears/CBSD,    P.O. Box 20363,    Kansas City, MO 64195-0363
5856144      +Stanley Marvel, Inc.,    1221 Ford Road,    Bensalem, PA 19020-4518
5856145      +State Coll. Serv., Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
5856146      +State of New Jersey,    N.J. Div. of Taxation,    P.O. Box 281,    Trenton, NJ 08695-0281
5856147      +Sunrise Med. Labs,    P.O. Box 18002,    Hauppauge, NY 11788-8802
5856149      +Us Dept of Education,    Attn: Borrowers Service Dept,    P.O. Box 5609,
               Greenville, TX 75403-5609
5856150      +Verizon New York Inc.,    500 Technology Dr.,    Weldon Spring, MO 63304-2208
5856151      +Washington Mutual FA,    3990 S. Babcock St.,    Melbourne, FL 32901-8902

The following entities were served by electronic transmission on Aug 04, 2008.
5856096      +EDI: AFNIRECOVERY.COM Aug 04 2008 16:08:00     Afni, Inc.,    Attn: DP Recovery Support,
               P.O. Box 3427,    Bloomington, IL 61702-3427
5856098      +EDI: BANKAMER.COM Aug 04 2008 16:08:00     Bank of America,    Attn: Bankruptcy,   P.O. Box 26012,
               Greensboro, NC 27420-6012
5856104      +EDI: CITICORP.COM Aug 04 2008 16:08:00     Childrens Place,    Attn.:   Centralized Bankruptcy,
               P.O. Box 20507,    Kansas City, MO 64195-0507
5856113      +EDI: DISCOVER.COM Aug 04 2008 16:08:00     Discover Financial,    Attention:   Bankr. Dep.,
               P.O. Box 3025,    New Albany, OH 43054-3025
5856114      +EDI: DISCOVER.COM Aug 04 2008 16:08:00     Discover Financial,
               Attention:  Bankruptcy Department,    P.O. Box 3025,    New Albany, OH 43054-3025
5856117      +EDI: CHASE.COM Aug 04 2008 16:08:00     First USA,    800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
5856125       EDI: IRS.COM Aug 04 2008 16:08:00     Internal Rev. Service,    290 Broadway,   New York, NY 10006
5856127      +EDI: CBSKOHLS.COM Aug 04 2008 16:08:00     Kohls,    Attn: Recovery,    P.O. Box 3120,
               Milwaukee, WI 53201-3120
5856141      +EDI: RESURGENT.COM Aug 04 2008 16:08:00     Sherman Acquis.,    Attention:  Bank. Depa.,
               Po Box 10587,    Greenville, SC 29603-0587
5856142      +EDI: RESURGENT.COM Aug 04 2008 16:08:00     Sherman Acquis.,    Attention:  Bankruptcy Department,
               Po Box 10587,    Greenville, SC 29603-0587
5856140      +EDI: RESURGENT.COM Aug 04 2008 16:08:00     Sherman Acquis.,    Attention:  Bank. De.,
               Po Box 10587,    Greenville, SC 29603-0587
5856143      +EDI: RESURGENT.COM Aug 04 2008 16:08:00     Sherman Acquis.,    Attention:  Ban. Department,
               P.O. Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0207-1          User: acruz              Page 2 of 2              Date Rcvd: Aug 04, 2008
Case: 08-45033                Form ID: 213             Total Served: 64


The following entities were served by electronic transmission (continued)
5856148        +EDI: WTRRNBANK.COM Aug 04 2008 16:08:00      Target NB,   P.O. Box 673,
                Minneapolis, MN 55440-0673
5856152        +EDI: WTRWFNNB.COM Aug 04 2008 16:08:00       Wfnnb/Ashley Stewart,   220 W. Schrock Rd.,
                Westerville, OH 43081-2873
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5856138         Sawyer Realty Holdings,   MD
                                                                                           TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 06, 2008**              **Signature:**       _Joseph Speetjens_