UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:                                                                                          Case No. 08-45033-jf

    Edward and Lisa Martin,
                                                                                                Chapter: 7

                          Debtor(s)

*Please Check the Appropriate Box.*

**For Debtor:**

[✓] Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: June 2008 and July 2008 _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: 1

**For Joint Debtor, if applicable:**

[ ] Payment Advices are Attached.

- Number of Payment Advices Attached: 4
- Period Covered: June and July 2008 _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: 1

**For Debtor:**

[ ] No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ] No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

**For Joint Debtor, if applicable:**

[ ] No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ] No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: /s/ E. Martin _____                Date: 9/2/08 _____

Signature of Joint Debtor: /s/ L. Martin _____          Date: 9/2/08 _____

Payment Advices Cover Sheet 4/11/06                       Deputy Clerk's Initials: _____